```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CHARLES ALLEN BELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00157-MCE |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| CHARLES ALLEN BELL, | ) | DATE: July 7, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England Jr. |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, CHARLES ALLEN BELL, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, May 12, 2011, be continued to Thursday, July 7, 2011, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

1   Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for July 7, 2011,
3 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
4 prepare] (Local Code T4).

6 DATED: May 9, 2011          Respectfully submitted,

7                              DANIEL J. BRODERICK
                               Federal Defender
8
                               /S/ Benjamin Galloway
9                              BENJAMIN GALLOWAY
                               Assistant Federal Defender
10                             Attorney for Defendant
                               CHARLES ALLEN BELL
11

12
13 DATED: May 9, 2011          BENJAMIN B. WAGNER
                               United States Attorney

14                             /s/ Benjamin Galloway for
                               WILLIAM WONG
15                             Assistant U.S. Attorney
                               Attorney for Plaintiff
16

17                          **O R D E R**

18   **IT IS SO ORDERED.**  Time is excluded from today's date through and
19 including July 7, 2011, in the interests of justice pursuant to 18
20 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
21 T4.

22  Dated: May 10, 2011

23
24                              _____
25                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE
26
27
28

**2**