DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CHARLES ALLEN BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 11-157-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| CHARLES ALLEN BELL, | ) | DATE: August 11, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England Jr. |
| | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, CHARLES ALLEN BELL, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, July 7, 2011, be continued to Thursday, August 11, 2011, at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order

1  through the date of the status conference set for August 11, 2011,
2  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
3  prepare] (Local Code T4).

4  DATED: July 5, 2011                  Respectfully submitted,

5                                       DANIEL J. BRODERICK
                                        Federal Defender
6
                                        /s/ Benjamin Galloway
7                                       BENJAMIN GALLOWAY
                                        Assistant Federal Defender
8                                       Attorney for Defendant
                                        CHARLES ALLEN BELL
9

10

11 DATED: July 5, 2011                  BENJAMIN B. WAGNER
                                        United States Attorney
12
                                        /s/ Benjamin Galloway for
13                                      WILLIAM WONG
                                        Assistant U.S. Attorney
14                                      Attorney for Plaintiff

15

16                              **O R D E R**

17

18    **IT IS SO ORDERED.**  Time is excluded from today's date through and
19 including August 11, 2011 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)
20 [reasonable time to prepare] and Local Code T4.  The Court finds that
21 the ends of justice to be served by granting a continuance as requested
22 outweigh the best interests of the public and the defendant in a speedy
23 trial.

24  Dated: July 11, 2011

25

26                                       _____
27                                       MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE
28

Stipulation/Order                    **2**