DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CHARLES ALLEN BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 11-157-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES ALLEN BELL, | ) | DATE: January 26, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, CHARLES ALLEN BELL, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, January 5, 2012, be continued to Thursday, January 26, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
///

1     Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for January 26, 2012,
3 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
4 prepare] (Local Code T4).

5 DATED: January 3, 2011            Respectfully submitted,

6                                   DANIEL J. BRODERICK
                                    Federal Defender
7
                                    /s/ Benjamin Galloway
8                                   BENJAMIN GALLOWAY
                                    Assistant Federal Defender
9                                   Attorney for Defendant
                                    CHARLES ALLEN BELL
10

11

12 DATED: January 3, 2011            BENJAMIN B. WAGNER
                                    United States Attorney
13
                                    /s/ Benjamin Galloway for
14                                  WILLIAM WONG
                                    Assistant U.S. Attorney
15                                  Attorney for Plaintiff

16

17

18

19

20

21

22

23

24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Stipulation/Order                    **2**

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set January 5, 2012 status conference and revocation hearing shall be continued to January 26, 2012, at 9:00 a.m..  It is further ordered that the time period from the date of the parties' stipulation, January 5, 2012, through and including the date of the new status conference, January 26, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: January 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE