1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   CHARLES ALLEN BELL

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,     )    CR.S. 11-157-MCE
                                 )
13             Plaintiff,        )
                                 )    **STIPULATION AND**
14        v.                     )    **ORDER**
                                 )
15 CHARLES ALLEN BELL,           )    DATE:  April 26, 2012
                                 )    TIME:  9:00 a.m.
16             Defendant.        )    JUDGE: Hon. Morrison C. England Jr.
                                 )
17 _____)

18

19     It is hereby stipulated and agreed to between the United States of

20 America through WILLIAM WONG, Assistant U.S. Attorney, and defendant,

21 CHARLES ALLEN BELL, by and through his counsel, BENJAMIN GALLOWAY,

22 Assistant Federal Defender, that the status conference set for

23 Thursday, March 22, 2012, be continued to Thursday, April 26, 2012, at

24 9:00 a.m..

25     The reason for this continuance is to allow defense counsel

26 additional time to review discovery with the defendant, to examine

27 possible defenses and to continue investigating the facts of the case.

28 ///

1    Speedy trial time is to be excluded from the date of this order

2  through the date of the status conference set for April 26, 2012,

3  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to

4  prepare] (Local Code T4).

5  DATED: March 19, 2012              Respectfully submitted,

6                                     DANIEL J. BRODERICK
                                       Federal Defender

7
                                       /s/ Benjamin Galloway
8                                      BENJAMIN GALLOWAY
                                       Assistant Federal Defender
9                                      Attorney for Defendant
                                       CHARLES ALLEN BELL
10

11

12 DATED: March 19, 2012              BENJAMIN B. WAGNER
                                       United States Attorney
13
                                       /s/ Benjamin Galloway for
14                                     WILLIAM WONG
                                       Assistant U.S. Attorney
15                                     Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation/Order                      **2**

1

**O R D E R**

2     Based on the stipulation of the parties and good cause appearing

3   therefrom, the Court hereby adopts the stipulation of the parties in

4   its entirety as its order.  It is hereby ordered that the presently set

5   March 22, 2012 status conference and revocation hearing shall be

6   continued to April 26, 2012, at 9:00 a.m..  It is further ordered that

7   the time period from the date of the parties' stipulation, March 19,

8   2012, through and including the date of the new status conference,

9   April 26, 2012, shall be excluded from computation of time within which

10   the trial of this matter must be commenced under the Speedy Trial Act,

11   pursuant to 18 U.S.C.  § 3161 (h)(7)(B)(iv) and Local Code T4

12   [reasonable time for defense counsel to prepare].

13     Based on the stipulation of the parties and good cause appearing

14   therefrom, the Court hereby finds that the failure to grant a

15   continuance in this case would deny defense counsel reasonable time for

16   effective preparation taking into account the exercise of due

17   diligence.  The Court specifically finds that the ends of justice

18   served by the granting of such continuance outweigh the interests of

19   the public and the defendant in a speedy trial.

20     **IT IS SO ORDERED.**

21
  Dated: March 28, 2012

22

23   _____

24   MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

25

26

27

28

Stipulation/Order                         **3**