```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    CHARLES ALLEN BELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.S. 11-157-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: May 17, 2012 |
| CHARLES ALLEN BELL, | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Morrison C. England Jr. |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, CHARLES ALLEN BELL, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, April 26, 2012, be continued to Thursday, May 17, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 17, 2012, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 23, 2012           Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                CHARLES ALLEN BELL


DATED: April 23, 2012           BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Benjamin Galloway for
                                WILLIAM WONG
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

///

///

///

///

///

Stipulation/Order                        **2**

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set April 26, 2012 status conference and revocation hearing shall be continued to May 17, 2012, at 9:00 a.m.. It is further ordered that the time period from the date of the parties' stipulation, April 23, 2012, through and including the date of the new status conference, May 17, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: April 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation/Order                    3